**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

No. 03-2489

————————

RODNEY VICTOR HARRIS,

                              Plaintiff - Appellant,

          versus

DARLENE GREEN,

                              Defendant - Appellee.

————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CA-03-565-7)

————————

Submitted:  April 23, 2004          Decided:  May 10, 2004

————————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Rodney Victor Harris, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000), and denying his post-judgment motion to amend his complaint and reinstate his action. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motions for a stay, to supplement the record with circuit court transcripts, and for a continuance, and we dismiss the appeal on the reasoning of the district court. See Harris v. Green, No. CA-03-565-7 (W.D. Va. filed Aug. 29, 2003; entered Sept. 2, 2003 & Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED